

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00058-CR

Darlene Ariel **LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7577
Honorable Raymond Angelini, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we ORDER this appeal DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 4, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_____
Keith E. Hottle, Clerk of Court